IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-00016 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| JAMAHAL ANTHONY SAUNDERS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon the United States's motion to dismiss indictment (Docket Entry No. 44),

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment against the

Defendant is **DISMISSED**.

It is so **ORDERED**.

**ENTERED** this the _____ day of March, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court